IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 2009-cv-02731-REB-MJW

CHALLENGE SKATEBOARD CORP., LTD.,

Plaintiff,

v.

XL DISTRIBUTION, INC., DAMIAN J. HALL, and KROWN, LLC,

Defendants.

---

### ORDER RE: PLAINTIFF'S UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE (Docket No 24)

---

Pursuant to Plaintiff Challenge Skateboard Corp., Ltd.'s Unopposed Motion to Vacate Settlement Conference, no objection being made by Defendants, and good cause appearing therefore,

**IT IS HEREBY ORDERED** that,

The settlement conference scheduled for July 13, 2010 is VACATED; and

The deadline for the parties to submit updated Confidential Settlement Statements on or before July 8, 2010 is VACATED.

If the parties are unable to reach settlement within thirty (30) days of this Order, the parties shall contact the Court to reschedule a settlement conference;

#1482394 v1 den

**ENTERED** this 7TH day of July, 2010.

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO