**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02731-REB-MJW

CHALLENGE SKATEBOARD CORP., LTD.,

    Plaintiff,
v.

XL DISTRIBUTION, INC.,
DAMIAN J. HALL, and
KROWN, LLC,

    Defendants.

---

## MINUTE ORDER[1]

---

The matter is before the court on plaintiff's **Notice of Withdrawal of Unopposed Motion For Entry of Stipulated Judgment Against Defendants XL Distribution, Inc. And Krown LLC [Doc 27], Stipulation For Judgment [Doc 28], and Stipulated Motion To Dismiss With Prejudice [Doc 29]** [#30] filed August 4, 2010. After reviewing the notice and the file, the court has concluded that the notice should be approved and that documents #27, #28, and #29 should be withdrawn.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the plaintiff's **Notice of Withdrawal of Unopposed Motion For Entry of Stipulated Judgment Against Defendants XL Distribution, Inc. And Krown LLC [Doc 27], Stipulation For Judgment [Doc 28], and Stipulated Motion To Dismiss With Prejudice [Doc 29]** [#30] filed August 4, 2010, is **APPROVED**;

    2. That the **Unopposed Motion For Entry of Stipulated Judgment Against Defendants XL Distribution, Inc. and Krown, LLC** [#27] filed July 28, 2010, is **WITHDRAWN**;

    3. That the **Stipulation For Judgment** [#28] filed July 28, 2010, is **WITHDRAWN**; and

    4. That the **Stipulated Motion To Dismiss With Prejudice** [#29] filed July 28, 2010, is **WITHDRAWN**.

    Dated: August 4, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.