**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-02731-REB-MJW

CHALLENGE SKATEBOARD CORP., LTD.,

     Plaintiff,

v.

XL DISTRIBUTION, INC., DAMIAN J. HALL, and KROWN, LLC,

     Defendants.

---

## ORDER FOR JUDGMENT

---

**Blackburn, J.**

     This matter is before me on the parties' joint **Stipulation for Judgment Adjudicating All Claims of All Parties** [#32], filed August 18, 2010. Having reviewed the stipulation and the file, and being fully advised of the premises, I find and conclude that the stipulation should be approved and judgment entered pursuant to the parties' agreement.

     **THEREFORE IT IS ORDERED** as follows:

     1.  That the **Stipulation for Judgment Adjudicating All Claims of All Parties** [#32], filed August 18, 2010, is **APPROVED**;

     2.  That judgment **SHALL ENTER** in favor of plaintiff, Challenge Skateboard Corp., Ltd., against defendants XL Distribution, Inc., and Krown, LLC, jointly and severally, in the amount of $747,741.05, plus post-judgment interest at the rate of eight percent (8%), compounded annually, from the date of the entry of judgment by the Clerk of the Court until the judgment is paid in full; provided, furthermore, that pursuant to the

parties' agreement, payments made by XL Distribution, Inc., and Krown, LLC, prior to the date of this judgment shall not be credited to the satisfaction of this judgment;

3.  That the claims of plaintiff, Challenge Skateboard Corp., Ltd., against defendant, Damian J. Hall, are **DISMISSED WITH PREJUDICE**;

4.  That the counterclaims of defendant XL Distribution, Inc., against plaintiff, Challenge Skateboard Corp., Ltd., are **DISMISSED WITH PREJUDICE**;

5.  That each party shall pay its own costs and expenses incurred by each to the date of the judgment;

6.  That this order finally adjudicates and resolves all claims made by all parties and that, therefore, the judgment constitutes a final judgment  pursuant to Fed. R. Civ. P. 54(b) and (c); and

7.  That this action is **DISMISSED**, and the case is closed.

Dated August 19, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge